IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHNATHAN HIRTENSTEIN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) 16cv1303 |
| v. | ) ) |
| CEMPRA, INC., PRABHAVATHI B. FERNANDES, MARK W. HAHN, DAVID W. OLDACH, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendants' motion to dismiss (Doc. 49) is GRANTED and the Plaintiffs' amended complaint (Doc. 46) is DISMISSED.

/s/ Thomas D. Schroeder
United States District Judge

October 26, 2018