FILED: May 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2415
(1:16-cv-01303-TDS-JEP)
_____

CHARLES CRAIG JANIES; ROBERT F. COLWELL, JR.; JENNIFER COLWELL

      Plaintiffs - Appellants

and

JOHNATHAN HIRTENSTEIN; DONALD B. HALLOWES

      Plaintiffs

v.

CEMPRA, INC.; PRABHAVATHI B. FERNANDES; MARK W. HAHN; DAVID W. OLDACH

      Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK