FILED: June 19, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 18-2415
(1:16-cv-01303-TDS-JEP)

---

CHARLES CRAIG JANIES; ROBERT F. COLWELL, JR.; JENNIFER COLWELL

Plaintiffs - Appellants

and

JOHNATHAN HIRTENSTEIN; DONALD B. HALLOWES

Plaintiffs

v.

CEMPRA, INC.; PRABHAVATHI B. FERNANDES; MARK W. HAHN; DAVID W. OLDACH

Defendants - Appellees

---

M A N D A T E

---

The judgment of this court, entered May 28, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*